UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TQP DEVELOPMENT, LLC,**<br><br>       Plaintiff,<br><br>  v.<br><br>**INTUIT, INC.,**<br><br>       Defendants. | Case No. 2:12-CV-180-JRG-RSP<br><br>CONSOLIDATED |
| **TQP DEVELOPMENT, LLC,**<br><br>       Plaintiff,<br><br>  v.<br><br>**MEEBO, INC.,**<br><br>       Defendant. | Case No. 2:12-CV-724-JRG-RSP |

## ORDER OF DISMISSAL

**CAME ON THIS DAY** for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims asserted by plaintiff TQP Development, LLC against defendant Meebo, Inc., and Dismissal Without Prejudice of all counterclaims asserted by Meebo, Inc. against TQP Development, LLC in the lead consolidated case, *TQP Development, LLC v. Intuit, Inc.,* Case No. 2:12-cv-180, and *TQP Development LLC v. Meebo, Inc..*, Case No. 2:12-cv-724, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED, that all claims asserted by TQP Development, LLC against Meebo Inc. in this action are dismissed WITH PREJUDICE and all

counterclaims asserted by Meebo Inc. against TQP Development, LLC in this action are dismissed WITHOUT PREJUDICE, subject to the terms of that certain agreement entitled "SETTLEMENT AGREEMENT" and dated December 11, 2013.

It is further ORDERED that all attorneys' fees, expenses and costs are to be borne by the party that incurred them.

The Clerk is ORDERED to terminate Meebo from Case No. 2:12-cv-180, and the Clerk is ORDERED to close Case No. 2:12-cv-724.

**SIGNED this 20th day of December, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE